IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HAROLD DOUGLAS BULLARD, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:11-cv-1056-TMH |
| ) | WO |
| FREDDIE BUTLER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Answer and Request (Doc. #15) filed March 15, 2012 and Motion for District Court Judge to Rule on Sixth Amendment Violation (Doc. #16) filed on April 4, 2012 are construed by the Court as objections to the Recommendation of the Magistrate Judge. The objections are overruled.

2. The Recommendation of the Magistrate Judge (Doc. #14) filed on March 8, 2012 is adopted.

3. The petition for habeas corpus relief filed by Bullard is DISMISSED without prejudice to afford Bullard an opportunity to exhaust all available state court remedies.

DONE this the 25th day of April, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE